STATE OF MONTANA,
    Plaintiff,                            Cause No. DC-04-197(A)
vs.                                  DECISION

**WILBUR RYTKY,**
**Defendant,**

On January 4, 2007, the defendant was sentenced to ten (10) years in the Montana State Prison, with five (5) years suspended for the offense of Deviate Sexual Conduct, a felony. The Defendant is ineligible for parole until he completes all phases of the prison's sex offender treatment program.

On May 3, 2007, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Eric Olson. The state was represented by Ed Corrigan.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he did not wish to proceed.

Therefore, it is the unanimous decision of the Sentence Review Division that the application for review of sentence shall be waived.

Done in open Court this 3rd day of May, 2007.

DATED this 22nd day of May, 2007.

Chairperson, Hon. Randal I. Spaulding, Member, Hon. Katherine Irigoin and Member, Hon. Stewart Stadler.